

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00208-CV

**IN THE INTEREST OF A.T.G.**, a Child

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-PA-02153
Honorable Richard Garcia, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment is REVERSED. This case is REMANDED for a new trial on the issues raised in the pleadings of the parties, including the pleadings of the appellants. Costs of this appeal are assessed against the Texas Department of Family and Protective Services.

SIGNED September 26, 2018.

_____
Luz Elena D. Chapa, Justice